IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DANIEL J. SCHLESINGER,

        Plaintiff,                      No. 6:15-cv-02241-HZ

      v.

COMMISSIONER OF SOCIAL SECURITY,        ORDER

        Defendant.

Plaintiff Daniel Schlesinger brought this action seeking review of the Commissioner's final decision to deny disability insurance benefits (DIB). In April 2016, the parties agreed that the case should be remanded for further administrative proceedings. An Order of Remand and Judgment were filed on April 28, 2016. ECF 10. Upon remand, Plaintiff was determined to be disabled and was awarded benefits beginning in September 2012.

Plaintiff now seeks an award of fees pursuant to 42 U.S.C. § 406(b). Defendant has no objection to the request. I have reviewed the record in the case, the motion, and the supporting materials including the award of benefits, the fee agreement with counsel, and the recitation of

counsel's hours and services.  Applying the standards set by *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002), I find the requested fees reasonable.

I grant the motion [#13] and award Plaintiff's counsel $7,500.00 in attorney's fees under 42 U.S.C. § 406(b).  Previously, I awarded Plaintiff attorney's fees in the amount of $1,479.50 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  ECF 12.  When issuing the section 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to subtract the amount previously awarded under EAJA and send Plaintiff's attorney the balance of $6,020.50, less any applicable processing fees as allowed by statute.  Any amount withheld after all administrative and court attorney's fees are paid should be released to the claimant.

IT IS SO ORDERED.

Dated this 30 day of January, 2018.

Marco A. Hernandez
United States District Judge